**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KEVIN JOHNSON | : | |
|     Plaintiff | : | |
| v | : | Civil Action No. RWT-07-748 |
| MAJOR DOUGLAS CLOMAN | : | |
|     Defendant | : | |

o0o

## MEMORANDUM

The above-captioned civil rights Complaint, filed March 22, 2007, alleges that Plaintiff was prevented from having a rape examination kit performed because Defendant did not provide the hospital with a case number. Paper No. 1. Plaintiff has filed a Motion to Proceed In Forma Pauperis and, because he appears to be indigent, his motion shall be granted.

The Court is obliged by 28 U.S.C. §1915A to screen prisoner complaints and dismiss any complaint that is frivolous, malicious or fails to state a claim upon which relief may be granted. In deciding whether a Complaint is frivolous "[t]he district court need not look beyond the complaint's allegations . . . . It must, however, hold the pro se complaint to less stringent standards than pleadings drafted by attorneys and must read the complaint liberally." *White v. White,* 886 F. 2d 721, 722-723 (4th Cir. 1989). Application of this standard to the instant case mandates dismissal.

Plaintiff has no constitutional right to pursue criminal charges against his alleged assailant. *See Sattler v. Johnson*, 857 F.2d 224, 227 (4th Cir.1988). Furthermore, even if Plaintiff had a right to the rape test, the conduct alleged in the Complaint, failure to forward paperwork, is at best negligent conduct. Negligent conduct may not form the basis for a constitutional claim. *See Daniels v. Williams*, 474 U.S. 327, 329 (1986).

Plaintiff is reminded that under 28 U.S.C. §1915(g) he will not be granted *in forma pauperis*

status if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury".  The instant case constitutes the first filed by Plaintiff that has been dismissed for failure to state a claim.   A separate Order follows.


Date: 4/9/07                                                                              /s/
                                                                            ROGER W. TITUS
                                                                    UNITED STATES DISTRICT JUDGE